1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| LINDA HILDEBRAND, | Civil Action No. 1:05-CV-00014 OWW TAG |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 15 day extension of time, until July 23, 2005, in which to file and serve Response to Report and Recommendation to Deny Motion to Vacate Defendant's Motion to Dismiss Plaintiff's Complaint. All remaining actions under the scheduling order filed, January 5, 2005, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

/ /

/ /

| | | |
|---|---|---|
| 1 | Dated:  July 8, 2005 | /s/ Gina Fazio |
| 2 | | GINA FAZIO,<br>Attorney for Plaintiff. |
| 3 | Dated: July 8, 2005 | |
| 4 | | MCGREGOR SCOTT<br>United States Attorney |
| 5 | | |
| 6 | | By: /s/ Kristi C. Kapetan<br>(as authorized via facsimile)<br>KRISTI C. KAPETAN |
| 7 | | Assistant U.S. Attorney |

8  IT IS SO ORDERED.

9  **Dated:   July 12, 2005**           **/s/ Theresa A. Goldner**
   j6eb3d                           UNITED STATES MAGISTRATE JUDGE