1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| LINDA HILDEBRAND ) | |
| ) | Civil Action No. 1:05-CV-00014 OWW TAG |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| vs. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted an additional extension of time, until August 22, 2005, in which to file and serve Response to Report and Recommendation to Deny Motion to Vacate Defendant's Motion to Dismiss Plaintiff's Complaint.  All remaining actions under the scheduling order filed, January 5, 2005, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

/ /

/ /

1 | Dated:  July 22, 2005                    /s/ Gina Fazio

2 |                                          GINA FAZIO,
                                             Attorney for Plaintiff.

3 | Dated: July 22, 2005

4 |                                          MCGREGOR SCOTT
                                             United States Attorney

5 |

6 |                                          By: /s/ Kristi C. Kapetan
                                             (as authorized via facsimile)
                                             KRISTI C. KAPETAN
7 |                                          Assistant U.S. Attorney

8 |

9 |                               **ORDER**

10 |     The Court has read and considered the parties' Stipulation to grant

11 | Plaintiff/Appellant an additional 30-day extension to file and serve a response to the Report

12 | and Recommendation to Deny Plaintiff's Motion to Vacate Defendant's Motion to

13 | Dismiss.  One previous 15-day extension was granted by Order dated July 12, 2005.

14 | (Court Doc. 15).  Although the Stipulation states no grounds for an additional extension,

15 | the Court will grant Plaintiff/Appellant's request for an additional extension of time, to

16 | August 22, 2005, with the caveat that no further extensions will be granted absent a

17 | showing of extraordinary circumstances.  Accordingly, the Court makes the following

18 | orders:

19 |     1.    Plaintiff/Appellant shall have to and including August 22, 2005 to file and

20 | serve objections to the Magistrate Judge's Report and Recommendation dated June 23,

21 | 2005. (Court Doc. 13).  The objections shall be captioned "Objections to Magistrate

22 | Judge's Report and Recommendation."

23 |     2.    Replies to the objections shall be served and filed within ten (10) court days

24 | (plus three days if served by mail) after service of the objections.

25 |     3.    No further extensions of time will be granted without a showing of

26 | extraordinary circumstances.

27 | ///

28 | ///

1       4. All remaining actions, if any, under the Scheduling Order filed January 4, 2005
2 and entered January 5, 2005 shall proceed under the time deadlines set forth therein.
3 (Court Doc. 5).

5 IT IS SO ORDERED.

6 **Dated:**   **July 25, 2005**             **/s/ Theresa A. Goldner**
   j6eb3d                                       UNITED STATES MAGISTRATE JUDGE