**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

LINDA HILDEBRAND,

Plaintiff,

v.

JO ANNE B. BARNHART,
Commissioner of Social Security,

Defendant.

/

CASE NO. 1:05-cv-0014 OWW TAG

ORDER ADOPTING JUNE 23, 2005 REPORT AND RECOMMENDATION

(Doc. 13)

On June 23, 2005, the Magistrate Judge filed a report and recommendation which was served on the parties and which contained notice that any objections to the report and recommendation were to be filed within thirty days of the date of service thereof. Plaintiff filed objections on August 22, 2005, following two orders granting Plaintiff's counsel additional time to respond to the report and recommendation. (Court Doc. 18). Defendant filed a reply to Plaintiff's objections on September 6, 2005. (Court Doc 19).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), Fed. R. Civ. P. 72(b) and Local Rule 73-304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, including Plaintiff's objections and Defendant's reply to Plaintiff's objections, the Court finds the June 23, 2005 report and recommendation to be supported by the record and by the Magistrate Judge's analysis. Plaintiff's objections present no grounds for overruling the Magistrate Judge's analysis, except Part C. Of the F & Rs which appear to contain

a typo at p.7: 25-26, which erroneously states that the statute of limitations under section 405(g) "is" subject to equitable tolling, when the previous section concludes that no basis for such tolling has been shown by the plaintiff. Section C is not adopted as the cae is time barred and no basis for equitable tolling exists.

Accordingly, the Court HEREBY ORDERS as follows:

1. The report and recommendation, filed June 23, 2005 (Court Doc. 13) is ADOPTED in full;
2. Defendant's Motion to Dismiss Plaintiff's Complaint (Court Doc. 9) is GRANTED;
3. Plaintiff's motion entitled "Motion to Vacate Defendant's Motion to Dismiss Plaintiff's Complaint" (Court Doc. 12) is DENIED; and
4. This Court DISMISSES this case for Plaintiff's failure to state a claim upon which relief may be granted because the complaint was not filed within the statutory time period prescribed by 42 U.S.C. § 405.

IT IS SO ORDERED.

**Dated: September 22, 2005** **/s/ Oliver W. Wanger**
emm0d6 UNITED STATES DISTRICT JUDGE