```
                          FILED
                     JUDGMENT ENTERED

                   _September 28, 2005_____
                           (date)

              by _____G. Lucas_____
                          Deputy Clerk
                      U.S. District Court
                 Eastern District of California
                  __X___   FILE CLOSED
```

*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF CALIFORNIA*


LINDA HILDEBRAND,

       Plaintiff,

vs.                                  **JUDGMENT IN A CIVIL ACTION**

COMMISSIONER OF SOCIAL SECURITY      CV-F-05-00014 OWW/TAG

       Defendant.
_____/

       DECISION BY COURT:  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

       IT IS HEREBY ORDERED AND ADJUDGED that the Magistrate Judge's Report and Recommendation of June 23, 2005 is ADOPTED;

       The action is dismissed for failure to state a claim upon which relief may be granted because the complaint was not filed within the statutory time period prescribed by 42 USC 405.

DATED:  September 28, 2005

                                JACK L. WAGNER, Clerk

                        By:   /s/ GREG LUCAS
                               Deputy Clerk